

**ORDERED in the Southern District of Florida on October 13, 2020.**

*Scott M. Grossman*
_____
**Scott M. Grossman, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

| | |
|---|---|
| In re: | Case No.: 20-12244-SMG |
| | Chapter 7 |
| **BARBARA CALLE** | |
| SSN: XXX-XX-3589 | |
| | |
| Debtor. | |
| _____/ | |

### ORDER SUSTAINING TRUSTEE, SCOTT N. BROWN'S
### OBJECTION TO CLAIM NO. 4

**THIS CAUSE** having come before the Court upon Trustee, Scott N. Brown's Objection to Claim No. 4 of ACAR Leasing LTD., filed on September 2, 2020 (ECF No. 37)(the "Objection") and the Court, having been advised by the Trustee through the submission of the instant order that: (i) the Objection was served on claimant required by Local Rule 3007-1(D); (ii) the 30-day response time provided by that rule has expired; and (iii) no one has filed, or served on the Trustee,

a response to the Objection; having reviewed the Objection, and the Court file; having considered the basis for the Objection; and being otherwise fully advised in the premises, it is

**ORDERED** as follows:

1. The Trustee's objection to Claim No. 4 filed by ACAR Leasing LTD. is sustained.

2. Claim No. 4 is stricken and disallowed.

###

Submitted by:

Scott N. Brown, Trustee
SunTrust International Center
One Southeast Third Avenue, Suite 1400
Miami, Florida 33131
Telephone: 305.379.7904
Facsimile: 305.379.7905
Email:sbrown@bastamron.com

Copy furnished to:
Scott N. Brown, Trustee
Trustee Scott N. Brown is hereby directed to serve a copy of this Order immediately upon receipt on all interested parties and file a Certificate of Service.